**Order entered June 9, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00351-CV

### IN RE ARK CONTRACTING SERVICES, LLC, Relator

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02192**

### ORDER
Before Chief Justice Burns, Justice Myers, and Justice Nowell

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE